# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BIRCH, individually and on behalf of all other similarly situated current and former employees of Office Depot, Inc., <br><br>                                      Plaintiff,<br>   vs.<br><br>OFFICE DEPOT, INC., DOES 1-10,,<br><br>                                      Defendants. | CASE NO. 06cv1690 DMS(WMC)<br><br>**ORDER SETTING HEARING DATE AND BRIEFING SCHEDULE** |

Defendant Office Depot, Inc. has requested a hearing date on a motion to dismiss and to strike. Accordingly, IT IS HEREBY ORDERED:

1. Defendant's motion shall be heard on **December 1, 2006**, at **1:30 p.m.**

2. Defendant shall file its motion on or before **October 16, 2006**.

3. Plaintiff shall file its opposition to the motion on or before **November 3, 2006**.

4. Defendant shall file its reply on or before **November 13, 2006**.

**IT IS SO ORDERED**.

DATED: October 16, 2006

_____
DANA M. SABRAW
United States District Judge